IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOHN RICHARDSON,

    Petitioner,                    No. CIV S-09-0708 GGH P

    vs.

CA. DEPT. OF CORRECTIONS,

    Respondent.                ORDER

_____/

        By order filed March 24, 2009, petitioner's application was dismissed and thirty days' leave to file an amended application was granted. The thirty day period has now expired, and petitioner has not filed an amended application or otherwise responded to the court's order.

        Accordingly, IT IS HEREBY ORDERED that this action is dismissed. <u>See</u> Local Rule 11-110; Fed. R. Civ. P. 41(b).

DATED: June 2, 2009

                              /s/ Gregory G. Hollows

                              UNITED STATES MAGISTRATE JUDGE

GGH:035
rich0708.fta